**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6653

———————

JERRY NATHAN DEAL,

Petitioner - Appellant,

versus

MICHAEL MOORE, SCDC Commissioner; CHARLES M.
CONDON, Attorney General,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  William B. Traxler, Jr., District
Judge.  (CA-97-1676-0-21)

———————

Submitted:  December 8, 1998         Decided:  January 13, 1999

———————

Before WILLIAMS and KING, Circuit Judges, and HALL, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jerry Nathan Deal, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Deal appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Deal v. Moore, No. CA-97-1676-0-21 (D.S.C. Mar. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2